AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**KEVIN W. ENGLISH,**

      **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**COMMISSIONER OF**          **CASE NO. C2-10-489**
**SOCIAL SECURITY,**           **JUDGE EDMUND A. SARGUS, JR.**
                                       **MAGISTRATE JUDGE MARK R. ABEL**

      **Defendant.**

____    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

      **Pursuant to the Opinion and Order filed August 15, 2011, JUDGMENT is hereby entered DISMISSING this case.**

Date: August 15, 2011                        JAMES BONINI, CLERK

                                                 */S/ Andy F. Quisumbing*
                                                 (By) Andy F. Quisumbing
                                                 Courtroom Deputy Clerk